UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>TOM'S BURGER,<br><br>    Defendants. | Case No. 1:20-cv-01763 DAD JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 12) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 12) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated:   **April 6, 2021**              _ **/s/ Jennifer L. Thurston**
                                           CHIEF UNITED STATES MAGISTRATE JUDGE